David QUIGLEY *v.* STATE of Arkansas

RC 88-6                                              747 S.W.2d 92

Supreme Court of Arkansas
Opinion delivered March 28, 1988

*David M. Clark*, for appellant.

No response.

PER CURIAM. Petitioner, David Quigley, by his attorney, David M. Clark, has filed a motion for rule on the clerk. His attorney admits that the record was tendered late due to his miscalculation of the ninety-day limit for filing the record in this court. *See* Ark. R. App. P. 5(a).

We find that such error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See Terry* v. *State*, 272 Ark. 243 (1981); *In re: Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (per curiam).

A copy of this opinion will be forwarded to the Committee on Professional Conduct. *In re: Belated Appeals in Criminal Cases*, 265 Ark. 964.